## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT A. ST. CLAIR,<br><br>                              Plaintiff,<br><br>v.<br><br>EPHRIAM EDWARDS, and<br>HOPELAND TRUCKING, LLC,<br><br>                              Defendants. | Case No. 5:19-cv-981-PRW |

## **FINAL PRETRIAL REPORT**

All counsel who will appear at trial:

Appearing for Plaintiff:

Murry J. Parrish, OBA #15948            J. Kyle Findley, Texas Bar #24076382
Forest L. Pepper DeVaughn, OBA #18693  Adam Lewis, Texas Bar #24094099
Nathan D. Rex, OBA #31694              Arnold & Itkin, LLP
Larry E. Finn, OBA #31551             6009 Memorial Drive
PARRISH DEVAUGHN, PLLC               Houston, Texas 77007
7 S. Mickey Mantle Drive, 2nd Floor
Oklahoma City, OK 73104


Appearing for Defendant:

Dan S. Folluo, OBA #11303
Rebecca L. Newman, OBA #30898
Rhodes, Hieronymus, Jones, Tucker & Gable
Post Office Box 21100
Tulsa, Oklahoma 74121-1100

_____

### **Jury Trial Demanded ☒  -  Non-Jury Trial ☐**

1.      BRIEF PRELIMINARY STATEMENT.  State briefly and in ordinary language the
        facts and positions of the parties (appropriate for use during jury selection in jury
        cases).

All parties agree that a collision occurred between a vehicle being driven by Mr. St. Clair and a tractor-trailer truck being driven by Ephriam Edwards on October 30, 2017, near the intersection of Highway 76 and Highway 130 in McLain County, Oklahoma.  At the time of the accident, Mr. Edwards was operating his truck in the course and scope of his employment with Defendant Hopeland Trucking, LLC.

Plaintiff claims that Mr. Edwards and Hopeland Trucking, LLC were negligent, negligent per se and grossly negligent in the operation of the tractor-trailer and that their negligence and gross negligence caused the Plaintiff's alleged injuries.

Plaintiff also contends that Hopeland Trucking was negligent in its entrustment of the vehicle to Ephriam Edwards, negligent in the training of Mr. Edwards, failed to comply with various Federal Motor Carrier Regulations, negligent in the supervision and monitoring of Mr. Edwards, and that Hopeland Trucking is vicariously liable for the actions of Ephriam Edwards.

The Defendants assert that Ephriam Edwards made an error in judgment and misjudged the speed of the St. Clair vehicle before pulling on to the roadway.  However, the Defendants assert that the accident was avoidable from the standpoint of Mr. St. Clair had he been traveling within the posted speed limit and at a reasonable speed.  Furthermore, the Defendants assert Mr. St. Clair was not wearing his seatbelt at the time of the incident and caused or contributed to his own injuries.  Defendants further assert that Hopeland Trucking, LLC did not negligently entrust the vehicle to Ephriam Edwards as Mr. Edwards' owned the vehicle and was a contract driver for Hopeland Trucking at the time of the incident.

Hopeland Trucking does admit that Mr. Edwards was acting within the course and scope of his employment for Hopeland Trucking, LLC at the time of the incident.

2.    <u>JURISDICTION</u>.  The basis on which the jurisdiction of the Court is invoked.

Removal jurisdiction per 28 U.S.C. §1441 and diversity of citizenship.

3.    <u>STIPULATED FACTS</u>.  List stipulations as to all facts that are not disputed or reasonably disputable, including jurisdictional facts.

a.    The accident occurred in McClain County on October 30, 2017.

b.    Jurisdiction and venue properly lie in the Oklahoma Western District Federal Court.

c.    Oklahoma substantive law applies.

d.    Mr. Edwards was an employee of Hopeland Trucking, LLC at the time of this incident.

e.    Mr. Edwards was in the course and scope of his employment at the time of the accident.

f.    Mr. Edwards was driving his truck under the operating authority of Hopeland Trucking, LLC.

g.    Both Hopeland Trucking, LLC and Mr. Edwards were subject to the Federal Motor Carrier Safety Regulations.

4.    <u>LEGAL ISSUES</u>.  State separately, and by party, each disputed legal issue and the authority relied upon.

Motion for Partial Summary Judgment on negligent hiring, supervision and retention filed by the Defendants is pending.

5.    <u>CONTENTIONS AND CLAIMS FOR DAMAGES OR OTHER RELIEF SOUGHT</u>.

A.    <u>Plaintiff</u>

Plaintiff asserts claims of personal injury against Defendants for negligence, negligence per se and gross negligence related to a commercial motor vehicle accident, which occurred on October 30, 2018. Plaintiff alleges that Defendant Edwards was negligent and grossly negligent in the operation of his commercial truck when he pulled out form a private driveway into a public roadway without adequate warning causing Plaintiff to violently strike

his truck. Plaintiff also alleges that Mr. Edwards was in violation of various Federal Motor Carrier Safety Regulations (FMCSRs).

Plaintiff also alleges that Hopeland Trucking was neglect and grossly negligent in the hiring, entrustment, training, supervision, and retention of Mr. Edwards. Additionally, Hopeland Trucking violated various FMCSRs as it relates to the operation of their trucking company and hiring of Mr. Edwards.

As a proximate cause of the above, Plaintiff was caused serious injuries to his neck, back head and other parts of his bodies. To date, Plaintiff has undergone a cervical fusion surgery, as well as has been diagnosed with a traumatic brain injury. Plaintiff is making claims for damages in: (i) past/future medical bills; (ii) past/future lost wages (economic loss); (iii) past/future pain and suffering (iv) past and future mental anguish and (v) past/future disfigurement. Plaintiff also seeks punitive damages.

B.    <u>Defendant</u>

No affirmative relief is sought by the Defendants.  Defendants assert comparative fault on the part of the Plaintiff in traveling at a speed which would not allow Plaintiff to stop within the assured clear distance ahead and voluntarily assumption of a known risk in failing to utilize seatbelt restraint systems which would have prevented or lessened injury.

6.    <u>EXHIBITS</u>.  The following exclusionary language **MUST** be included:

Unlisted exhibits will not be admitted unless, by order of the court, the final pretrial order is amended to include them.

A.    <u>Plaintiff</u>:

<table>
<tr><td></td><td></td><td></td><td>Federal Rule of</td></tr>
<tr><td><u>Number</u></td><td><u>Title/Description</u></td><td><u>Objection</u></td><td><u>Evidence Relied Upon</u></td></tr>
</table>

(Premarked for trial and exchanged as required under LCvR 39.4(a))

**<u>PLAINTIFF'S EXHIBITS</u>**

| No. | DESCRIPTION | OBJECTION | FRE |
|---|---|---|---|
| 1. | Accident Report | | 801, 802, 803, 805 |

4

| 2. | Photos of Incident | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 602, 901 |
|---|---|---|---|
| 3. | Injury Photos | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 901 |
| 4. | HOPELAND-0867 - 0939 (Driver File) | per HOPELAND-925-931. | 106, 801, 802, 803, 805 |
| 5. | HOPELAND-0940 - 0959 (Maintenance) | | |
| 6. | HOPELAND-0960 - 0963 (NetsTrailerLeasingAgreement) | | |
| 7. | HOPELAND-0964 - 0997 (Hopeland.Policy and Procedure Handbook.10.20.17 (1)) | | |
| 8. | HOPELAND-0998 - 01002 (MidTripInsp.1298.7321908.06.01.17) | | |
| 9. | HOPELAND-01003 - 01004 (PAI.1298.(exp)08.24.17) | | |
| 10. | HOPELAND-0032 - 0033 (Co-Part Photos) | | |
| 11. | S. Roger Parthasarathy, M.D.  Report | | 403, 801, 802, 803, 805 |
| 12. | S. Roger Parthasarathy, M.D. CV | | 104(b), 402, 1008 |
| 13. | Harold Asher/Jeffrey Meyers Report | | 403, 801, 802, 803, 805 |

| 14. | Harold Asher/Jeffrey Meyers CV | | 104(b), 402, 1008 |
|---|---|---|---|
| 15. | Andrea Bradford Report | | 403, 801, 802, 803, 805 |
| 16. | Andrea Bradford CV | | 104(b), 402, 1008 |
| 17. | David Stopper Report | | 403, 801, 802, 803, 805 |
| 18. | David Stopper CV | | 104(b), 402, 1008 |
| 19. | William Davenport Report | | 403, 801, 802, 803, 805 |
| 20. | William Davenport CV | | 104(b), 402, 1008 |
| 21. | Andrew Stolbach, M.D.  Report | | 403, 801, 802, 803, 805 |
| 22. | Andrew Stolbach, M.D. CV | | 104(b), 402, 1008 |
| 23. | Dr. Shawn Smith Medical Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901; F.R.C.P 26 |

| 24. | Dr. John Linck – OU Psychiatry and Behavioral Science Medical Records | | |
|---|---|---|---|
| 25. | Hope Wade, RN, Wade Medical Consulting Medical Records | | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 26. | McClain Grady County EMS Medical Records | | |
| 27. | Integris Southwest Medical Center Medical Records | | |
| 28. | Neurosurgical and Spine Associates Medical Records | | F.R.E. 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 29. | Accident and Trauma Center Medical Records | | F.R.E. 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 30. | Oklahoma Pain Management Medical Records | | F.R.E. 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |

| 31. | Neuroscience Specialists Medical Records | | F.R.E. 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
|---|---|---|---|
| 32. | Summit Medical Center Medical Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | F.R.E. 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 33. | Vantage Diagnostic Imaging Medical Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | F.R.E. 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 34. | Integris Baptist Medical Center | | |
| 35. | Orthofix Medical Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 36. | Opus Medical LLC Medical Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |

| 37. | Radiology Associates LLC Medical Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
|---|---|---|---|
| 38. | Integris Physician Service Medical Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 39. | NSS Office 300 Medical Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 40. | Emergency Services of Oklahoma Medical Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 41. | Diagnostic Imaging Solutions Medical Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |

| 42. | Oklahoma Diagnostic Imaging LTD Medical Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 43. | National Brain Injury Institute Medical Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 44. | Pros and Associates | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. * Not listed on [Dkt. 28] | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 45. | National Neuromonitoring | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. * Not listed on [Dkt. 28] | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 46. | Dr. Shawn Smith Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |

| 47. | Dr. John Linck – OU Psychiatry and Behavioral Science Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
|---|---|---|---|
| 48. | Hope Wade, RN, Wade Medical Consulting Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 49. | McClain Grady County EMS Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 50. | Integris Southwest Medical Center Billing Records | | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 51. | Neurosurgical and Spine Associates Billing Records | | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |

| 52. | Accident and Trauma Center Billing Records | | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
|---|---|---|---|
| 53. | Oklahoma Pain Management Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | |
| 54. | Neuroscience Specialists Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 55. | Summit Medical Center Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 56. | Vantage Diagnostic Imaging Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |

| 57. | Integris Baptist Medical Center Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
|---|---|---|---|
| 58. | Orthofix Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 59. | Opus Medical LLC Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 60. | Radiology Associates LLC Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 61. | Integris Physician Service Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |

| 62. | NSS Office 300 Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
|---|---|---|---|
| 63. | Emergency Services of Oklahoma Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 64. | Diagnostic Imaging Solutions Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 65. | Oklahoma Diagnostic Imaging LTD Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 66. | National Brain Injury Institute Billing Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |

| 67. | Douglas P. Beall, M.D. | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it.<br>* Not listed on [Dkt. 25] | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
|---|---|---|---|
| 68. | Dr. Shawn Smith Radiology Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 69. | Dr. John Linck – OU Psychiatry and Behavioral Science Radiology Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 70. | Integris Southwest Medical Center Radiology Records | | |
| 71. | Neurosurgical and Spine Associates Radiology Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |

| 72. | Accident and Trauma Center Radiology Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
|---|---|---|---|
| 73. | Oklahoma Pain Management Radiology Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 74. | Neuroscience Specialists Radiology Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 75. | Summit Medical Center Radiology Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 76. | Vantage Diagnostic Imaging Radiology Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |

| 77. | Integris Baptist Medical Center Radiology Records | | |
|---|---|---|---|
| 78. | Radiology Associates LLC Radiology Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 79. | Diagnostic Imaging Solutions Radiology Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 80. | Oklahoma Diagnostic Imaging LTD Radiology Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 81. | National Brain Injury Institute Radiology Records | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 82. | Walmart Pharmacy | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 901 |

| 83. | Walgreen's Pharmacy | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 901 |
|---|---|---|---|
| 84. | Deposition Exhibits to the deposition of Ephriam Edwards | Objections, as noted to the individual, exhibits used. | |
| 85. | Deposition Exhibits to the deposition of Chad Najjar | Objections, as noted to the individual, exhibits used. | |
| 86. | Deposition Exhibits to any additional depositions taken in the case as discovery continues. | Lacks specificity; untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | |
| 87. | Summary of Past Medicals | | 1001-1004 |
| 88. | Statement of Matthew Crites | | 402, 403, 701, 801, 803, 805 |
| 89. | Statement of Ezekiel Morgan | | 402, 403, 701, 801, 803, 805 |
| 90. | Statement of Connie Fisher | | 402, 403, 701, 801, 803, 805 |
| 91. | Statement of Jerry Ellington | | 402, 403, 701, 801, 803, 805 |

| 92. | Additional documents Produced by Defendants in this matter. | Untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | |
| 93. | Demonstratives used at trial. | Untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | |
| 94. | Surgery Animation | Untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | 402, 403 |
| 95. | Any exhibit listed on Defendant's Exhibit List. | | |
| 96. | Plaintiff reserves the right to supplement and amend this Exhibit List as discovery is ongoing in this matter. | | |
| 97. | Pros and Associates_Medical | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. <br> * Not listed on [Dkt. 28] | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |

| 98. | National Neuromonitoring_Medical | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. * Not listed on [Dkt. 28] | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 99. | Oklahoma Spine Hospital_Medical | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. * Not listed on [Dkt. 25] | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 100. | Douglas P. Beall, M.D._Billing | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. * Not listed on [Dkt. 25] | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 101. | National Neuromonitoring_Billing | Lacks specificity, untimely; exhibit not provided during the discovery process.  Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. * Not listed on [Dkt. 28] | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |

| | | | |
|---|---|---|---|
| 102. | Oklahoma Spine Hospital_Billing | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it.<br>* Not listed on [Dkt. 28] | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 103. | Oklahoma Spine Hospital_Radiology | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it.<br>* Not listed on [Dkt. 25] | 106, 402, 403, 602, 801, 802, 803, 805, 901, F.R.C.P 26 |
| 104. | Deposition Exhibits to the deposition of Ezekiel Morgan | Objections, as noted to the individual, exhibits used. | |
| 105. | Any additional exhibits that may be used at the continuation deposition of the corporate representative of Hopeland Trucking, LLC | Objections, to be noted to the individual, exhibits to be used. | |

B.    <u>Defendant</u>:

Federal Rule of

<u>Number</u>          <u>Title/Description</u>                    <u>Objection</u>      <u>Evidence Relied Upon</u>
(Premarked for trial and exchanged as required under LCvR 39.4(a))


### DEFENDANT'S EXHIBIT LIST

| No. | DESCRIPTION | OBJECTION | FRE |
|---|---|---|---|
| 1. | Photographs of Plaintiff's Vehicle (HOPELAND – 0005 – 0010) | | |
| 2. | Photographs of Ezekiel Morgan's vehicle (HOPELAND – 0032 – 0033) | | |

| 3. | Photographs of the accident scene (HOPELAND – 01005 – 01009) | | |
|----|----|----|----|
| 4. | Ephraim Edwards Motor Vehicle Records (HOPELAND-0918 – 0923) | | |
| 5. | Plaintiff's medical records from Integris Medical Center (HOPELAND – 0606 – 0666; 1387 – 1391) | Collateral source – redactions necessary; Hearsay; Unfairly prejudicial | FRE 801; 802; 401; 403 |
| 6. | Plaintiff's medical records from Accident and Trauma Centers, Inc. (HOPELAND – 0667 – 0684; 1080 – | Relevance; Collateral source – redactions necessary; Duplicative | FRE 401; 402; 403 |
| 7. | Plaintiff's medical records from Oklahoma Spine Hospital (HOPELAND – 0685 – 0866) | Collateral source – redactions necessary; Redactions necessary; Hearsay; Unfairly prejudicial | FRE 801; 802; 401; 402; 403 |
| 8. | Plaintiff's medical records from Integris Southwest Medical Center (R000136 – R000192; HOPELAND-1017 – 1077; | Incomplete record; Collateral source – redactions necessary; | FRE 106; 401; 402; 403 |
| 9. | Plaintiff's medical records from Neurosurgical & Spine Associates (R000193 – R000211; HOPELAND-1275 – 1293) | Collateral source – redactions necessary; Unfairly prejudicial; | FRE 401; 402; 403 |
| 10. | Plaintiff's medical records from Neuroscience Specialists (R000212 – R000245; HOPELAND-1361 – 1386) | | |
| 11. | Plaintiff's medical records from Oklahoma Spine Hospital (R000246 – 000247; R000254; HOPELAND-1094 – 1274) | Collateral source – redactions necessary; Unfairly prejudicial; | FRE 401; 402;403 |
| 12. | Plaintiff's medical records from Intraoperative Neurophysiology (R000248 – 000251; HOPELAND-1342 – 1360) | Collateral source – redactions necessary; Unfairly prejudicial; | FRE 401; 402; 403 |

| 13. | Plaintiff's medical records from Vantage Diagnostic Imaging (R000252 – 000253; R000255 – 000256; HOPELAND-1328 – 1337) | | |
|---|---|---|---|
| 14. | Plaintiff's medical records from Dr. Douglas P. Beall (R000258 – 000261) | | |
| 15. | Plaintiff's medical billing records from Summit Medical Center (HOPELAND-1078 – 1079) | Collateral source – redactions necessary; Unfairly prejudicial; | FRE 401; 402; 403 |
| 16. | Plaintiff's medical records from Diagnostic Imaging Solutions (HOPELAND-1294 – 1314) | Collateral source – redactions necessary; Unfairly prejudicial; Confuses the issues; Misleading | FRE 401; 402; 403 |
| 17. | Plaintiff's medical records from OPUS Medical, LLC (HOPELAND-1338 – 1341) | Collateral source – redactions necessary; Unfairly prejudicial; | FRE 401; 402; 403 |
| 18. | Plaintiff's medical records from Cortex Nueromonitoring (HOPELAND-1392 – 1411) | Collateral source – redactions necessary; Unfairly prejudicial; | FRE 401; 402; 403 |
| 19. | Plaintiff's medical records from Integris Physician Services (HOPELAND-1412 – 1448) | Relevance; Hearsay; Unfairly prejudicial; Confuses the issues | FRE 801; 802; 401; 402; 403 |
| 20. | Curriculum Vitae for Michael Rangel (HOPELAND-1450 – 1453) | | |
| 21. | Curriculum Vitae for Dr. Harry L. Smith (HOPELAND-1454 – 1463) | | |

| 22. | Power Point Presentation by Dr. Harry L. Smith (HOPELAND-1464 – 1477) | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it.; Hearsay; Unfairly prejudicial | FRE 106; 401; 402; 403; 602; 801; 802; 803; 805; 901; FRCP 26 |
| 23. | Surrogate Inspection Photographs by Michael Rangel (HOPELAND-1478-1546) | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | FRE 106; 402; 403; 602; 801; 802; 803 ;805; 901; FRCP 26 |
| 24. | Surrogate Subject Photographs by Michael Rangel (HOPELAND-1547-1559 | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | FRE 106; 402; 403; 602; 801; 802; 803; 805; 901; FRCP 26 |

| 25. | Weather History for date of accident from Michael Rangel (1560-1566) | Lacks specificity, untimely; exhibit not provided during the discovery process. Conditional objection; defendants reserve the right to object to this exhibit at trial depending on the purpose for which plaintiffs seek to introduce it. | FRE 106; 402; 403; 602; 801; 802; 803; 805; 901; FRCP 26 |

7.    <u>WITNESSES</u>:  The following exclusionary language **MUST** be included:

Unlisted witnesses in chief will not be permitted to testify unless, by order of the court, the final pretrial order is amended to include them.

    A.    <u>Plaintiff</u>:

       <u>Name</u>          <u>Address</u>         <u>Proposed Testimony</u>

## **PLAINTIFF'S WITNESSES**

| No. | Witness | Proposed Testimony |
|-----|---------|--------------------|
| 1. | Robert St. Clair<br>c/o Arnold & Itkin LLP<br>6009 Memorial Dr.<br>Houston, TX 77007<br>*and*<br>Nathan D. Rex<br>7 S. Mickey Mantle, 2nd Floor<br>Oklahoma City, OK 73104 | *Testimony concerning medical treatment, injuries and impact of said injuries on his daily lifestyle and activities.* |
| 2. | Amy St. Clair<br>c/o Nathan D. Rex<br>7 S. Mickey Mantle, 2nd Floor<br>Oklahoma City, OK 73104 | *Testimony concerning Plaintiff's medical treatment, injuries and impact of said injuries on his daily lifestyle and activities.* |
| 3. | Justin Wyatt Zimmerman<br>106 NE 9th Street<br>Newcastle, OK 73065<br>405/371-4896 | *Testimony concerning Plaintiff's medical treatment, injuries and impact of said injuries on his daily lifestyle and activities.* |

| 4. | Jeremy Clayton<br>561 West Heritage Park<br>Mcloud, OK 74851<br>405/258-8034 | *Testimony concerning Plaintiff's medical treatment, injuries and impact of said injuries on his daily lifestyle and activities.* |
|---|---|---|
| 5. | Ephriam Edwards<br>2201 15th Ave. N.<br>Birmingham, AL 35234 | *Testimony concerning facts surrounding accident or otherwise as deposed.* |
| 6. | Ezekiel Morgan<br>2276 CR 1247<br>Blanchard, OK 73010 | *Testimony concerning facts surrounding accident or otherwise as deposed.* |
| 7. | Representative(s) of Hopeland Trucking, LLC<br>Chad Najjar<br>c/o Dan S. Folluo, Esq.<br>PO Box 21100<br>Tulsa, OK 74121<br>918-582-1173 | *Testimony concerning facts surrounding accident or otherwise as deposed.* |
| 8. | Lt. Toby Garver, Badge No. 3506<br>Newcastle Police Department<br>860 N. Carr<br>Newcastle, OK 73170<br>405-387-5525 | *Testimony concerning investigation of accident.* |
| 9. | Matthew Crites<br>2442 Southwest 24th Street<br>New Castle, OK 73170<br>405/392-0273 | *Testimony concerning pre and post event condition of Plaintiff, Plaintiff's injuries and effects of the accident on the Plaintiff's life.* |
| 10. | Connie Fisher<br>2007 West Highway 130<br>Newcastle, OK 73065<br>405/664-0808 | *Testimony concerning pre and post event condition of Plaintiff, Plaintiff's injuries and effects of the accident on the Plaintiff's life.* |
| 11. | Jerry Ellington<br>2007 Highway 120<br>Newcastle, OK 73065<br>405-250-6158 | *Testimony concerning pre and post event condition of Plaintiff, Plaintiff's injuries and effects of the accident on the Plaintiff's life.* |

| 12. | Dr. Shawn Smith<br>5100 N. Brookline, Suite 500<br>Oklahoma City, OK 73112<br>405-605-8780 | *Testimony concerning Plaintiff's medical treatment, recovery, potential limitations and causation.* |
| --- | --- | --- |
| 13. | Dr. John Linck<br>OU Psychiatry and Behavioral Sciences<br>920 SL Young Blvd., WP 3rd Suite 3445<br>Oklahoma City, OK 73104<br>405-271-4488 | *Testimony concerning Plaintiff's neuropsychological evaluation and limitations.* |
| 14. | Noelle Gettemy, EMT<br>McClain Grady County EMS<br>PO Box 430<br>Blanchard, OK 73010<br>405-485-2000 | *Testimony concerning Plaintiff's medical treatment and recovery.* |
| 15. | Dr. John Seagraves<br>Integris Southwest Medical Center<br>4401 S. Western Avenue<br>Oklahoma City, OK 73109<br>405-636-7000 | *Testimony concerning Plaintiff's medical treatment, recovery, potential limitations and causation.* |
| 16. | Dr. Billy Bryan<br>Integris Southwest Medical Center<br>Integris Southwest Medical Center<br>4401 S. Western Avenue<br>Oklahoma City, OK 73109<br>405-636-7000 | *Testimony concerning Plaintiff's medical treatment, recovery, potential limitations and causation.* |
| 17. | Dr. Salomi Salins<br>Integris Southwest Medical Center<br>4401 S. Western Avenue<br>Oklahoma City, OK 73109<br>405-636-7000 | *Testimony concerning Plaintiff's medical treatment, recovery, potential limitations and causation.* |
| 18. | Dr. Qualls Stevens<br>Neurosurgical and Spine Associates<br>8 SW 89th Street<br>Oklahoma City, OK 73139<br>405-455-3322 | *Testimony concerning Plaintiff's medical treatment, recovery, potential limitations and causation.* |

| 19. | Dr. Adam Woods<br>Accident and Trauma Center<br>828 Wall Street<br>Norman, OK 73069<br>405-360-8000 | *Testimony concerning Plaintiff's medical treatment, recovery, potential limitations and causation.* |
|---|---|---|
| 20. | Dr. Justin Porter<br>Oklahoma Pain Management<br>3601 NW 138th Street<br>Oklahoma City, OK 73134<br>405-242-4100 | *Testimony concerning Plaintiff's medical treatment, recovery, potential limitations and causation.* |
| 21. | Dr. Robert Tibbs<br>Neuroscience Specialists<br>4120 W. Memorial Road, Suite 300<br>Oklahoma City, OK 73120<br>405-748-3300 | *Testimony concerning Plaintiff's medical treatment, recovery, potential limitations and causation.* |
| 22. | Dr. Douglas Beall<br>Summit Medical Center<br>1800 S. Renaissance Blvd., Suite 110<br>Edmond, OK 73013<br>405-359-2400 | *Medical Provider – Testimony concerning the Plaintiff's medical treatment and diagnoses.* |
| 23. | Dr. Jeffrey Watts<br>Vantage Diagnostic Imaging<br>3760 W. Robinson, #130<br>Norman, OK 73072<br>405/796-7226 | *Medical Provider – Testimony concerning the Plaintiff's medical treatment and diagnoses.* |
| 24. | Integris Baptist Medical Center<br>3300 NW Expressway<br>Oklahoma City, OK 73112<br>405/949-3011 | *Medical Provider – Testimony concerning the Plaintiff's medical treatment.* |
| 25. | Orthofix<br>P.O. Box 849806<br>Dallas, Texas 75284<br>800/527-0404 | *Medical Provider – Testimony concerning the Plaintiff's medical treatment.* |
| 26. | Opus Medical LLC<br>4 NE 10th St., #467<br>Oklahoma City, OK 73104<br>210/666-2333 | *Medical Provider – Testimony concerning the Plaintiff's medical treatment.* |

| 27. | Radiology Associates LLC<br>3330 NW 56th St., Suite 106<br>Oklahoma City, OK 73112<br>405/945-4740 | *Medical Provider – Testimony concerning the Plaintiff's medical treatment.* |
|-----|-----|-----|
| 28. | Integris Physician Service<br>P.O. Box 260032<br>Oklahoma City, OK 73126<br>855/409-5458 | *Medical Provider – Testimony concerning the Plaintiff's medical treatment.* |
| 29. | NSS Office 300<br>4120 W. Memorial Road, Suite 300<br>Oklahoma City, OK 73120<br>405/748-3300 | *Medical Provider – Testimony concerning the Plaintiff's medical treatment.* |
| 30. | Emergency Services of Oklahoma<br>P.O. Box 636758<br>Cincinnati, OH 45263<br>888/952-6772 | *Medical Provider – Testimony concerning the Plaintiff's medical treatment.* |
| 31. | Diagnostic Imaging Solutions<br>5909 NW Expressway<br>Oklahoma City, OK 73132<br>405/703-4500 | *Medical Provider – Testimony concerning the Plaintiff's medical treatment.* |
| 32. | Oklahoma Spine Hospital<br>14101 Pkwy Commons Drive<br>Oklahoma City, OK 73134<br>405/749-2700 | *Medical Provider – Testimony concerning the Plaintiff's medical treatment.* |
| 33. | Norman Radiology Associates<br>P.O. Box 269083<br>Oklahoma City, OK 73126<br>800/475-6236 | *Medical Provider – Testimony concerning the Plaintiff's medical treatment.* |
| 34. | Oklahoma Diagnostic Imaging LTD<br>P.O. Box 268822<br>Oklahoma City, OK 73126<br>405/775-4400 | *Medical Provider – Testimony concerning the Plaintiff's medical treatment.* |
| 35. | Dr. Huma Haider<br>National Brain Injury Institute<br>7800 N. Stemmons Frwy, Suite 340<br>Dallas, Texas 75247<br>866/983-3167 | *Testimony concerning Plaintiff's medical treatment, recovery, potential limitations and causation.* |

| 36. | Dr. Srinivason Parthasarthy<br>Physician Life Care Planning<br>2829 Babcock Road, Suite 600<br>San Antonio, Texas 78229<br>210/ 692-2000 | *Testimony concerning Plaintiff's injuries, including causation, reasonableness of treatment received by Plaintiff to date, Plaintiff's Life Care Plan and information concerning future medical care/costs.* |
|-----|---|---|
| 37. | Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA<br>Jeffrey E. Meyers, CVA, MAFF, CFE<br>Asher & Myers, LLC<br>433 Metairie Road, Suite 215<br>Metairie, Louisiana 70005<br>504/566-7577 | *Testimony concerning Plaintiff's past and future lost wages and economic loss.* |
| 38. | Andrea Bradford, Med, CRC<br>Physician Life Care Planning<br>11550 IH-10 West, Suite 375<br>San Antonio, Texas 78230<br>(210) 501-0995 | *Testimony concerning Plaintiff's vocational analysis.* |
| 39. | William L. Davenport<br>Physician Life Care Planning<br>11550 W. IH-10 #375<br>San Antonio, Texas 78230<br>(210) 501-0996 | *Testimony concerning the present value of Plaintiff's future medical care, and costs associated to Plaintiff's loss of household services.* |
| 40. | David A. Stopper<br>Stopper & Associates, LLC<br>2600 E. Southlake Blvd. Suite 120-363<br>Southlake, Texas 76092<br>817-442-4812 | *Testimony concerning the liability portion of this accident.* |
| 41. | Andrew Stolbach, M.D.<br>Assistant Professor<br>Johns Hopkins University<br>School of Medicine<br>1534 Riverside Avenue<br>Baltimore, MD 21230<br>917/592-2728 | *Testimony concerning toxicology report(s) related to Plaintiff and lack of impairment evidence related to the underlying incident.* |
| 42. | All witnesses listed by Defendants not objected to by Plaintiff, whether or not called at trial. | |
| 43. | Any witness required to identify and authenticate documents. | |

B.    <u>Defendant</u>:

<u>Name</u>                    <u>Address</u>                <u>Proposed Testimony</u>

**<u>DEFENDANTS' WITNESSES</u>**

| No. | Witness | Proposed Testimony |
|---|---|---|
| 1. | Robert St. Clair c/o Arnold & Itkin LLP 6009 Memorial Dr. Houston, TX 77007 *and* Nathan D. Rex 7 S. Mickey Mantle, 2nd Floor Oklahoma City, OK 73104 | Testimony concerning the subject collision, alleged injuries and lifestyle changes, medical treatment, damages, and deposition testimony. |
| 2. | Amy St. Clair c/o Nathan D. Rex 7 S. Mickey Mantle, 2nd Floor Oklahoma City, OK 73104 | Testimony concerning the Plaintiff's alleged injuries and lifestyle changes, medical treatment and damages. |
| 3. | Chad Najjar c/o Rhodes, Hieronymus, Jones, Tucker, & Gable P.O. Box 21100 Tulsa, OK 74121-1100 | Facts and circumstances concerning the activities of Hopeland Trucking, LLC in regards to owner/operator Ephriam Edwards. |
| 4. | Representative of Hopeland Trucking, LLC c/o Rhodes, Hieronymus, Jones, Tucker, & Gable P.O. Box 21100 Tulsa, OK 74121-1100 | Facts and circumstances concerning the activities of Hopeland Trucking, LLC in regards to owner/operator Ephriam Edwards. |
| 5. | Ephriam Edwards 2201 15th Ave. N. Birmingham, AL 35234 | Facts and circumstances concerning the subject collision. |
| 6. | Ezekiel Morgan 2276 CR 1247 Blanchard, OK 73010 | Testimony concerning the subject collision. |
| 7. | Lt. Toby Garver Newcastle Police Department 860 N. Carr Newcastle, OK 73170 | Investigation of the subject accident. |

31

| 8. | Noelle Gettemy<br>McClain Grady County EMS<br>P.O. Box 430<br>Blanchard, OK 73010 | Testimony concerning the Plaintiff's medical treatment. |
|---|---|---|
| 9. | Robin Robinson<br>McClain Grady County EMS<br>P.O. Box 430<br>Blanchard, OK 73010 | Testimony concerning the Plaintiff's medical treatment. |
| 10. | Dr. John Linck<br>OU Psychiatry and Behavioral Sciences<br>920 SL Young Blvd., WP 3rd Ste. 3445<br>Oklahoma City, OK 73104 | Testimony concerning the Plaintiff's neurological evaluation and condition. |
| 11. | Dr. John Seagraves<br>Integris Southwest Medical Center<br>4401 S. Western Ave.<br>Oklahoma City, OK 73109 | Testimony concerning the Plaintiff's medical treatment. |
| 12. | Dr. Kale Z. Melton<br>Integris Southwest Medical Center<br>4401 S. Western Ave.<br>Oklahoma City, OK 73109 | Testimony concerning the Plaintiff's medical treatment. |
| 13. | Dr. Billy Bryan<br>Integris Southwest Medical Center<br>4401 S. Western Ave.<br>Oklahoma City, OK 73109 | Testimony concerning the Plaintiff's medical treatment. |
| 14. | Dr. Salomi Salins<br>Integris Southwest Medical Center<br>4401 S. Western Ave.<br>Oklahoma City, OK 73109 | Testimony concerning the Plaintiff's medical treatment. |
| 15. | Integris Baptist Medical Center<br>3300 N.W. Expressway<br>Oklahoma City, OK 73112 | Testimony and records authentication concerning the Plaintiff's medical treatment. |
| 16. | Integris Physician Services<br>P.O. Box 260032<br>Oklahoma City, OK 73126 | Testimony and records authentication concerning the Plaintiff's medical treatment. |

| 17. | Emergency Services of Oklahoma<br>P.O. Box 636758<br>Cincinnati, OH 45263 | Testimony and records authentication concerning the Plaintiff's medical treatment. |
|---|---|---|
| 18. | Dr. Harry L. Smith<br>Medical and Engineering Research Consultants<br>5886 DeZavala Rd., Ste. 102-518<br>San Antonio, TX 78249 | Testimony concerning the Plaintiff's medical treatment. |
| 19. | Michael H. Rangel<br>Crash Engineer<br>21714 Hardy Oak Blvd., Ste. 100<br>San Antonio, TX 78258 | Testimony concerning the subject collision. |
| 20. | Lenny Thompson<br>Transportation Compliance Services, USA<br>P.O. Box 1900<br>Biloxi, MS 39533 | Testimony concerning employment screening and safety compliance for Hopeland Trucking, LLC. |
| 21. | All witnesses listed by Plaintiff not objected to by Defendant, whether or not called at trial. | |
| 22. | Any witness required to identify and authenticate documents. | |

8.    ESTIMATED TRIAL TIME:

      A.    Plaintiff's Case: Four (4) Days

      B.    Defendant's Case:  Two (2) Days

9.    BIFURCATION REQUESTED:              Yes _____          No ___X___

10.    POSSIBILITY OF SETTLEMENT:

      Good _____          Fair ____X_____          Poor _____

      All parties approve this report and understand and agree that this report supersedes all pleadings, shall govern the conduct of the trial, and shall not be amended except by order of the Court.

/s/ Adam Lewis_____          /s/ Dan S. Folluo_____
Adam Lewis                                                              Dan S. Folluo / Rebecca L. Newman
Counsel for Plaintiff                                               Counsel for Defendants