# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT A. ST. CLAIR,<br><br>                        Plaintiff,<br><br>v.<br><br>EPHRIAM EDWARDS, and<br>HOPELAND TRUCKING, LLC,<br><br>                      Defendants. | Case No. 5:19-cv-981-PRW |

## PLAINTIFF AND DEFENDANTS' NOTICE OF
## MOTIONS IN LIMINE STILL IN DISPUTE

COME NOW, Plaintiff Robert St. Clair and Defendants Ephriam Edwards and Hopeland Trucking, LLC, by and through their counsels of record and per the Court's request, present their Joint Notice of Motions in Limine that remain in dispute ahead of the pending trial.

For clarity and preservation of the record, the Parties begin by informing the Court of the agreed-upon Motions in Limine as follows: Plaintiff's Motions in Limine numbers 1-8, 11-14, and 17-18 are reconciled as well as Defendants' Motions in Limine numbers 1-4, 7, 10, 14-20, 22-23, 27-29, 31-32, 35, 37, 39, 40-41, 44, 46, 51, 57-59, 63, 69, 71-72, 74, 76, 78, 81, 86-87, and 89-93. The remaining motions not discussed herein were either withdrawn or agreed to by the Parties to bring up only if germane during the trial.

The Motions in Limine that remain in dispute which the Parties request the Court consider and rule are grouped as follows:

1) Expert Report Supplementation as discussed at the Pre-Trial Conference and covered by Plaintiff's Motion in Limine number 15 and Defendants' no. 62.

2) Prior allegations and theories of liability requested to be excluded under Defendants' Motions in Limine numbers 8 and 11-13.

3) Use of "Golden Rule" or "Reptile Theory" arguments and appeals to jurors' self-interest as requested by Defendants' Motions in Limine 24-26.

4) Defendants Motion in Limine number 49 requesting exclusion of personal opinions of witnesses regarding the merits of the case.

Respectfully submitted,

By   /s/ Rebecca L. Newman
DAN S. FOLLUO, OBA NO. 11303
dfolluo@rhodesokla.com
REBECCA L. NEWMAN, OBA NO. 30898
rlnewman@rhodesokla.com
RHODES, HIERONYMUS, JONES, TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173
(918) 592-3390 Facsimile
*Attorneys for Defendant Hopeland Trucking, LLC and Ephriam Edwards*

By  /s/ Adam Lewis_____

| | |
|---|---|
| Murry J. Parrish, OBA #15948 | J. Kyle Findley, Texas Bar #24076382 |
| Forest L. Pepper DeVaughn, OBA #18693 | Kason R. Kimberley, Texas Bar #24101222 |
| Nathan D. Rex, OBA #31694 | Adam Lewis, Texas Bar #24094099 |
| Larry E. Finn, OBA #31551 | Claire E. Traver, Texas Bar #24115871 |
| PARRISH DEVAUGHN, PLLC | Arnold & Itkin, LLP |
| 7 S. Mickey Mantle Drive, 2nd Floor | 6009 Memorial Drive |
| Oklahoma City, OK 73104 | Houston, Texas 77007 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |