# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT A. ST. CLAIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-981-PRW |
| | ) | |
| EPHRIAM EDWARDS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JURY QUESTIONS, RESPONSES & NOTES

7-23-21

1) Can We get the total amount breakdown of the 15,000,000 + Figure the Plaintiff is asking for.

2) The Life care plan Breakdown.

Bill Donran

We as a JURY are done
and completed our decision.

Bill Donnvon