## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ROBERT A. ST. CLAIR,            )
                               )
          Plaintiff,           )
                               )
v.                            )      Case No. CIV-19-00981-PRW
                               )
EPHRIAM EDWARDS, and      )
HOPELAND TRUCKING, LLC,   )
                               )
          Defendants.       )

## Verdict Form

We, the jury, empaneled and sworn in the above entitled cause, do, upon our oaths, find as follows:

1. Plaintiff's, Robert St. Clair, contributory negligence _30_%

2. Defendants', Ephriam Edwards and Hopeland Trucking, LLC, negligence _70_%

(1 and 2 must total 100%)_100_%

TOTAL 100%

The following shall be answered only if the percentage of Plaintiff's, Robert St. Clair, contributory negligence is equal to or of lesser percentage than the negligence of the Defendants, Ephriam Edwards and Hopeland Trucking, LLC.

3. We find the dollar amount of damages sustained by the Plaintiff, Robert St. Clair, without regard to the percentages of contributory negligence of the Plaintiff, Robert St. Clair, and negligence of the Defendants, is the sum of $ _1,500,000.00_ . This dollar amount will be reduced by the judge by the percentage established in Item 1 above.


_William Donovan_
Foreperson