# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT A. ST. CLAIR,               )<br>                                                      )<br>      Plaintiff,                             )<br>                                                      )<br>v.                                                  )       Case No. CIV-19-00981-PRW<br>                                                      )<br>EPHRIAM EDWARDS, and        )<br>HOPELAND TRUCKING, LLC,  )<br>                                                      )<br>      Defendants.                        )  | |

## JUDGMENT

This action came on for trial before the Court and a jury, the Honorable Patrick R. Wyrick, District Judge, presiding. On July 23, 2021 the jury rendered its verdict in this matter totaling $1,500,000.00 for Plaintiff, and attributed fault against Defendants totaling 70% and against Plaintiff totaling 30%.

The issues having been duly tried and the jury having duly reached its verdict, the Court **ORDERS** that judgment should be and is hereby entered in favor of Plaintiff, **ROBERT A. ST. CLAIR**, against Defendants **HOPELAND TRUCKING, LLC AND EPHRIAM EDWARDS** in the amount of $1,050,000.00[1], with interest thereon at the rate provided by law.

**THE COURT FURTHER ORDERS** that Plaintiff as the prevailing party be entitled to costs under 28 U.S.C. § 1920, which may be applied for within fourteen (14)

---

[1] The jury entered a verdict of $1,500,000.00 for Plaintiff and attributed to him 30% of the fault, thereby reducing the judgment accordingly.

days of this final judgment.[2]

**IT IS SO ENTERED** this 17th day of August 2021 in Oklahoma City, Oklahoma.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[2] *See* LCvR54.1.